# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JESUS ALBERTO VALENZUELA-ARCE, <br><br> Defendant. | CASE NO.:  21CR1701-WQH <br><br> **ORDER** |

For good cause appearing, **it is hereby ordered** that Motion to extend self-surrender (ECF NO. 66) is granted as follows: the date for Defendant to surrender to his designated institution or to the United States Marshals is extended from April 8, 2022, to April 22, 2022, by 12:00 p.m.

**SO ORDERED**.

Dated: April 7, 2022

*William Q. Hayes*
Hon. William Q. Hayes
United States District Court