# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JESUS ALBERTO VALENZUELA-ARCE,<br><br>Defendant. | CASE NO.:  21CR1701-WQH<br><br>**ORDER** |

IT IS HEREBY ORDERED that the Fourth Unopposed motion to extend self-surrender date is denied. Defendant shall self-surrender by April 29, 2022, by 12:00 p.m. as ordered.

**SO ORDERED**.

Dated: April 28, 2022

Hon. William Q. Hayes
United States District Court